UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KIMBERLY MCCARTNEY,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**CASE NO. 3:22-cv-22077-MCR-HTC**

**COMMAND INVESTIGATIONS, LLC,**

    **Defendant.**
_____/

**ORDER**

On November 1, 2022, Plaintiff Kimberly McCartney filed suit against Defendant Command Investigations, LLC for violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*  Subsequently, the parties filed the now-pending Joint Motion for Approval of Settlement Agreement, asking the Court to approve their settlement agreement and dismiss the case with prejudice.  ECF No. 31.  In cases alleging violations of the FLSA, a district court must scrutinize any proposed settlement agreement for fairness before approving it and dismissing the case with prejudice.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).  A counsel's representation as to the fairness and reasonableness of the settlement does not, standing alone, satisfy this standard.  *See id.*

Here, the parties represent that, to avoid the risks of litigation, they have compromised and reached a fair and equitable resolution of Plaintiff's FLSA claims. *See* ECF No. 31.  Having fully reviewed the matter, the Court is not yet prepared to approve the settlement.  First, the record does not indicate that the parties have agreed to the attorney's fees and costs separately and without regard to the amount paid to settle the FLSA claims.  *See Bonetti v. Embarq Mgmt.* Co., 715 F. Supp. 2d 1222, 1228 (M.D. Fla. 2009).  Second, the total settlement amount as stated in the settlement agreement, ECF No. 31 at 9, is inconsistent with the total amount appearing in the Joint Motion for Approval of Settlement, *id.* at 3-4.[1]

Accordingly, the Joint Motion for Approval of Settlement, ECF No. 31, is **DENIED** without prejudice.  The parties are directed to file an amended joint motion and settlement agreement within 14 days of this Order.

**DONE AND ORDERED** this 14th day of May 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] More specifically, while the settlement agreement provides that Defendant will "pay McCartney and her counsel the total sum of $21,500," ECF No. 31 at 9, the total amount appearing in the Joint Motion for Approval of Settlement amounts to $21,000.  *Id.* at 3-4 (stating that Defendant will pay: (1) "$5,000, as reflected in the Settlement and Release Agreement," (2) "$2,000.00 as payment for all other damages," and (3) $14,000 in attorneys' fees and cost).

CASE NO. 3:22-cv-22077-MCR-HTC